IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO GOMEZ, )<br>         ) <br>       Petitioner, )<br>         )<br>  vs. )<br>         )<br>         )<br>A. KANE, )<br>         )<br>       Respondent. )<br>_____) | No. C 05-1700 JSW (PR)<br><br>**ORDER TO PAY FILING FEE AND INSTRUCTIONS TO CLERK** |

    On April 24, 2005, Petitioner, a California state prisoner, filed a petition for writ of habeas corpus. On that same day, the Court sent a notification to Plaintiff that he neither paid the filing fee nor submitted an application for leave to proceed *in forma pauperis* (docket no. 2). The Court provided a copy of the correct form for application to proceed *in forma pauperis*, along with a return envelope, instructions, and a notification that the case would be dismissed if Plaintiff failed to pay the fee or file the completed application within thirty days.

    On May 26, 2005, the Court received a copy of a Trust Account Withdrawal Order indicating that Petitioner requested a withdrawal of $5.00 from his trust account for the purpose of paying a filing fee, and that the account had insufficient funds. Plaintiff has failed to either pay the filing fee or file a complete *in forma pauperis* application.

    The Court hereby grants an extension of time for Petitioner to either pay the appropriate filing fee or submit a complete Prisoner's *in forma pauperis* application, in its

1  entirety, by **December 15, 2005**. If Petitioner fails to either pay the filing fee or file a
2  completed *in forma pauperis* application by that date, this action will be dismissed
3  without prejudice.
4      The clerk shall send a copy of the *in forma pauperis* application to Petitioner with
5  a copy of this Order.
6      IT IS SO ORDERED.
7  DATED: November 15, 2005
8                     JEFFREY S. WHITE
                     United States District Judge