**ORIGINAL**

**FILED**

MAR 17 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
06 MAR -8 PM 3:09
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| RAMIRO GOMEZ,       | CASE NO. C 05-1700 JSW (PR) |
|---------------------|------------------------------|
| Petitioner,         | [PROPOSED] ORDER GRANTING RESPONDENT'S REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO THE PETITION FOR WRIT OF HABEAS CORPUS |
| v.                  |                              |
| A. KANE, Warden,    |                              |
| Respondent.         |                              |

Respondent has requested an extension of time, through and including April 20, 2006 to file a responsive pleading to the habeas petition. The Court has read and considered the request and the accompanying declaration of counsel, and good cause appearing,

IT IS HEREBY ORDERED that Respondent's request for extension of time is granted.

If Respondent files an answer by April 20, 2006, and if Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within 30 days of his receipt of the answer.

If Respondent files a motion to dismiss on procedural grounds, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition within 30 days of receipt of the motion, and Respondent shall file with the Court and serve on Petitioner a reply within 15 days of receipt of any opposition.

Dated: MAR 17 2006

Jeffrey S. White
United States District Judge

20041788.wpd

Case No. C 05-1700 JSW (PR)

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GOMEZ,

        Plaintiff,

v.

KANE et al,

        Defendant.

Case Number: CV05-01700 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 17, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Elizabeth S. Kim
State Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Ramiro Gomez
Correctional Training Facility
P.O. Box 689
D87189
Soledad, CA 93960-0689

Dated: March 17, 2006

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk