IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAMIRO GOMEZ, | ) | No. C 05-1700 JSW (PR) |
| Petitioner, | ) ) | |
| vs. | ) ) | **ORDER DENYING CERTIFICATE OF APPEALABILITY** |
| A. P. KANE, Warden, | ) ) | |
| Respondent. | ) ) | (Docket No. 13) |
| | ) ) | |

    Petitioner filed a pro se petition for a writ of habeas corpus challenging the constitutionality of her state conviction under 28 U.S.C. § 2254. Following briefing, this Court denied Petitioner's application for a writ of habeas corpus on the merits. Petitioner has filed a notice of appeal (docket no. 13), which the Court construes as a motion for a certificate of appealability ("COA").

    Upon the filing of a notice of appeal or a request for a COA, the district court shall indicate which specific issue or issues satisfy the standard for issuing a certificate, or state its reasons why a certificate should not be granted. *See United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997). (citing 28 U.S.C. § 2253(c)(3)). A judge shall grant a COA "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has not shown that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Accordingly, a certificate of

appealability is DENIED.

        The Clerk of Court shall forward this order, along with the case file, to the United States Court of Appeals for the Ninth Circuit. Petitioner may also seek a certificate of appealability from that court. *See Asrar,* 116 F.3d at 1270.

        IT IS SO ORDERED.

DATED: May 13, 2008

                                          JEFFREY S. WHITE
                                          United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOMEZ,<br><br>        Plaintiff,<br><br>  v.<br><br>KANE et al,<br><br>        Defendant.<br>_____/ | Case Number: CV05-01700 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ramiro Gomez
Correctional Training Facility
P.O. Box 689
D87189
Soledad, CA 93960-0689

Dated: May 13, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk